
RECEIVED
IN LAKE CHARLES, LA

NOV 10 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | ACTION NO. 6:16-CR-00025-11 |
|---|---|
| VERSUS | JUDGE MINALDI |
| JOHNNY HUNTLEY (11) | MAGISTRATE JUDGE KAY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Johnny Huntley, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that Johnny Huntley is finally adjudged guilty of the offense charged in Count 14 of the Indictment.

Lake Charles, Louisiana, on this 8 day of Nov, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE